UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-081RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER TERMINATING SUPERVISED RELEASE |
| ERNEST PATRICK BROUILLET, JR., | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Brouillet's supervised release is warranted by the conduct of Mr. Brouillet and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Brouillet shall be terminated, effective immediately.

IT IS SO ORDERED.

DONE this 13th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER TERMINATING
SUPERVISED RELEASE
(*Ernest P. Brouillet, Jr.*; CR20-081RSL)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100